UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| BARRY S. J. JAMESON, | ) | No. CV 11-01061-CAS (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MATTHEW CATE, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: February 28, 2012

*/s/ Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE